FILED
CLERK U.S. DISTRICT COURT
MAY 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILAN, et al., | Case No. CV 05-1878 VBF(JC) |
| Plaintiffs, | (~~PROPOSED~~) *as modified* |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN CHEN, et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation,*

    IT IS HEREBY ORDERED that: (1) Defendant Chen's Motion to Dismiss is granted, except to the extent it seeks dismissal without leave to amend; (2) the Complaint is dismissed as against defendant Chen; (3) Plaintiffs shall file any First Amended Complaint within thirty (30) days of the Court's Order adopting this Report and Recommendation if Plaintiffs still wish to attempt pursue this action as against Defendant Chen; and (4) Plaintiff's failure timely to file a First

\* In addition to the Magistrate Judge's Report + Recommendation re Defendant Chen, this court refers to + incorporates herein the Magistrate Judge's Report + Recommendation as to other Defendants.

VBF

1  Amended Complaint will subject this action to dismissal as against Defendant
2  Chen based upon Plaintiff's failure to prosecute.
3       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4  the United States Magistrate Judge's Report and Recommendation by United States
5  mail on Plaintiffs and on Defendants' counsel.
6       IT IS SO ORDERED.

DATED: May 14, 2008

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE