```
                          FILED
                 CLERK U.S. DISTRICT COURT

                      MAY 1 4 2008

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILAN, et al., | Case No. CV 05-1878 VBF(JC) |
| Plaintiffs, | (PROPOSED) VBF |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN CHEN, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation. ✗

IT IS HEREBY ORDERED that: (1) Defendants' Motion to Dismiss is granted in part and denied in part as detailed in the Report and Recommendation; (2) the Complaint is dismissed as against defendants Edward S. Alameida, Jr. L.R. Blanks, Linda L. Rianda, G. Souza, D.E. Freehauf, T. McAlister, M.P. Gallagher, F. Gonzalez, C.J. Wilson, T.M. De La Rosa, M.N. Wiley, and W.G. Pemberton; (3) Plaintiffs shall file any First Amended Complaint within thirty (30) days of the Court's Order adopting this Report and Recommendation if Plaintiffs

*VBF* ✗ On page 22 of the Magistrate Judges' Report + Recommendation, the case of Hewitt v. Helms 459 US 460 is cited. This court would also cite Sandin 515 US at 482-483.

still wish to attempt pursue this action as against the aforementioned Defendants; and (4) Plaintiffs' failure timely to file a First Amended Complaint will subject this action to dismissal as against the aforementioned Defendants based upon Plaintiffs' failure to prosecute.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation by United States mail on Plaintiffs and on Defendants' counsel.

IT IS SO ORDERED.

DATED: May 14, 2008

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE