UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MILAN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>JOHN CHEN, et al.,<br><br>                Defendants. | Case No. CV 05-1878 VBF(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

       IT IS ORDERED that Judgment be entered dismissing this action without prejudice based upon plaintiffs' failure to prosecute.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on plaintiffs and on counsel for defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 25, 2008  _____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE