1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MILAN, et al., | ) | Case No. CV 05-1878 VBF(JC) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN CHEN, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 25, 2008

*/s/ Valerie Baker Fairbank*
_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE